# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| PGA SERVICE CORPORATION </br>*Plaintiff(s)* </br>v. </br>ALL WEB LEADS, INC., KATCH, LLC, and QUOTEWIZARD.COM, LLC </br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3-17 1334 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ALL WEB LEADS, INC.
7300 FM 2222
Building 2, Suite 100
Austin, Texas 78730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan J. Bailey, Esq. and Eric B. Fugett, Esq.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

OCT 0 3 2017
Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| PGA SERVICE CORPORATION<br>*Plaintiff(s)*<br>v.<br>ALL WEB LEADS, INC., KATCH, LLC, and<br>QUOTEWIZARD.COM, LLC<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3-17 1334 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        QUOTEWIZARD.COM, LLC
        157 Yeslar Way
        Suite 400
        Seattle, Washington 98104

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan J. Bailey, Esq. and Eric B. Fugett, Esq.
                                                 Waller Lansden Dortch & Davis, LLP
                                                 Nashville City Center
                                                 511 Union Street, Suite 2700
                                                 Nashville, Tennessee 37219
                                                 (615) 244-6380

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           KEITH THROCKMORTON

                                                           *CLERK OF COURT*

OCT 0 3 2017

Date: _____                                           _____
                                                                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| PGA SERVICE CORPORATION<br>*Plaintiff(s)*<br>v.<br>ALL WEB LEADS, INC., KATCH, LLC, and<br>QUOTEWIZARD.COM, LLC<br>*Defendant(s)* | Civil Action No. **3 17 1334** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    KATCH, LLC
    2381 Rosecrans Avenue
    Suite 400
    El Segundo, California 90245

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan J. Bailey, Esq. and Eric B. Fugett, Esq.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: OCT 0 3 2017

*Signature of Clerk or Deputy Clerk*