# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| PGA SERVICE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-01334 |
| | § | |
| ALL WEB LEADS, INC., KATCH, LLC, | § | |
| QUOTEWIZARD.COM, LLC, | § | |
| | § | |
| Defendants. | § | |

**DECLARATION OF JESSICA LEIRER IN SUPPORT OF
DFENDANT ALL WEB LEADS, INC.'S MOTION TO SEVER**

I, Jessica Leirer, make the following declaration:

**1.** I am Vice President of Marketing at All Web Leads, Inc. I make this declaration based on my own personal knowledge or based on records made available to me during my career at All Web Leads. I could and would competently testify as to the matters set forth below if called upon to do so.

**2.** All Web Leads is a separate and distinct legal entity from Katch, LLC and QuoteWizard.com, LLC. All Web Leads does not have any common ownership with Katch, LLC or QuoteWizard.com, LLC.

**3.** All Web Leads was not involved in the allegedly infringing actions of Katch, LLC or QuoteWizard.com, LLC that are at issue in PGA Service Corporation's Complaint.

**4.** Katch, LLC and QuoteWizard.com, LLC were not involved in the allegedly infringing actions of All Web Leads that are at issue in PGA Service Corporation's Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2018 in Fort Lauderdak, FL.

Jessica Leirer

2