## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **PGA SERVICE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:17-cv-01334** |
| | ) | |
| **ALL WEB LEADS, INC., KATCH, LLC,** | ) | **JUDGE CAMPBELL** |
| **and QUOTEWIZARD.COM, LLC,** | ) | **MAGISTRATE JUDGE** |
| | ) | **NEWBERN** |
| **Defendants.** | ) | |

## ORDER

Pending before the Court are Plaintiff's Motions to Dismiss Defendant Katch, LLC (Doc. No. 59) and Defendant QuoteWizard.com, LLC (Doc. No. 60), requesting that the Court dismiss both defendants with prejudice. Pursuant to Fed. R. Civ. P. 21, the Court **DISMISSES** with prejudice Defendants Katch, LLC and QuoteWizard.com.

Also pending before the Court is Defendant All Web Leads, Inc.'s Motion to Sever (Doc. No 24), and QuoteWizard.com's Notice of Joinder in the Motion to Sever. (Doc. No. 34). Because Katch, LLC and QuoteWizard.com have been dismissed as defendants in this action, the Court **DENIES** the motion to sever and the notice of joinder as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE